1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLAUZELL B. CHENIER,                        No. 2:14-cv-0785-KJN

12                      Plaintiff,

13           v.                                  ORDER TO SHOW CAUSE

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                       Defendant.
16

17

18          Plaintiff, who is proceeding without the assistance of counsel, commenced this action on March

19   27, 2014.  (ECF Nos. 1, 2.)  On March 31, 2014, the undersigned granted plaintiff's application to proceed

20   in forma pauperis, and directed plaintiff to submit copies of the required service documents to the United

21   States Marshal (and file a statement with the court that such documents have been submitted to the United

22   States Marshal) within fourteen (14) days of that order.  (ECF No. 3 at 2.)  The court's record indicates

23   that plaintiff failed to file the required statement and that service of process has not been accomplished,

24   strongly suggesting that plaintiff failed to submit the service documents to the U.S. Marshal in accordance

25   with the court's order.

26          The court's March 31, 2014 scheduling order in this matter expressly states that failure to adhere

27   to scheduling deadlines "may result in sanctions, including dismissal.  L.R. 110.  Plaintiff has an

28   affirmative duty to prosecute this action, and failure to do so may result in a dismissal for lack of

                                                  1

1   prosecution.  Fed. R. Civ. P. 41(b).  Requests to modify this order must be made by written motion."

2   (ECF No. 5 at 3-4.)

3       Accordingly, within fourteen (14) days of this order, plaintiff shall show cause in writing why this

4   case should not be dismissed for lack of prosecution and failure to comply with court orders.  Failure to

5   timely file the required writing will result in a recommendation that the action be dismissed with prejudice.

6   See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; see also Hells Canyon Pres. Council v. U.S. Forest Serv.,

7   403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a court may dismiss an action pursuant to Federal Rule

8   of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil

9   procedure or the court's orders).

10      IT IS SO ORDERED.

11  Dated:  January 13, 2015

13  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

2